NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALLACE OENGA, GEORGENE SHUGLUK, THE ESTATE OF LEROY OENGA, SR. THROUGH WALLACE OENGA AS PERSONAL REPRESENTATIVE, TONY DELIA, JOSEPH DELIA, JENNIE MILLER AND TRINITY DELIA, A MINOR, THROUGH HER GUARDIAN TONY DELIA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant,*

AND

**BP EXPLORATION (ALASKA) INC., CHEVRON U.S.A., INC., CONOCOPHILLIPS ALASKA, INC., AND EXXONMOBIL ALASKA PRODUCTION INC.,**
*Defendant Intervenors -Cross Appellants,*

AND

**KUUKPIK CORPORATION,**
*Defendant.*

---

2011-5074, -5077, -5078

Appeals from the United States Court of Federal Claims
in case no. 06-CV-491, Judge Nancy B. Firestone.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties' joint motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**JUL 1 1 2012**
          Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James E. Torgerson, Esq.
     Bruce E. Falconer, Esq.
     Raymond C. Givens, Esq.
     Robert P. Stockman, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2012

JAN HORBALY
CLERK